■ JACK ARNOLD, Appellant, v PANET FILMS, LTD., et al., Respondents, et al., Defendants.—Order and judgment (one paper), Supreme Court, New York County, entered on June 4, 1976, unanimously affirmed on the opinion of Tierney, J. Defendants-respondents shall recover of plaintiff-appellant $60 costs and disbursements of this appeal. Concur—Stevens, P. J., Markewich, Kupferman, Birns and Lane, JJ.

■ UNITED ARTISTS CORPORATION OF PUERTO RICO, Respondent, v REGENCY CARIBBEAN ENTERPRISES, INC., Appellant.—Order, Supreme Court, New York County, entered on May 25, 1976, unanimously affirmed on the opinion of Kirschenbaum, J., at Special Term and that the respondent recover of the appellant $40 costs and disbursements of this appeal. Concur—Kupferman, J. P., Silverman, Capozzoli, Nunez and Yesawich, JJ.

■ JOSE ORTEGA, Respondent, v BUCKLEY & COMPANY, INC., Defendant; KENNETH HELLER, Appellant.—Order, Supreme Court, New York County, entered on June 9, 1976, unanimously affirmed for the reasons stated by Asch, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Silverman, Capozzoli, Nunez and Yesawich, JJ.

■ CHOCK FULL O'NUTS CORPORATION, Appellant, v ALLEGRA HOTEL CORPORATION et al., Respondents.—Order, Supreme Court, New York County, entered on June 11, 1976, unanimously affirmed for the reasons stated by Schwartz, J., at Special Term and that defendants-respondents recover of plaintiff-appellant $40 costs and disbursements of this appeal. Concur—Murphy, J. P., Lupiano, Birns, Capozzoli and Lane, JJ.

■ ARTISTS INTERNATIONAL MANAGEMENT, LTD., et al., Appellants, v NATIONAL GENERAL PICTURES CORPORATION, Respondent.—Judgment, Supreme Court, New York County, entered on October 9, 1975, unanimously affirmed on opinion of Wolin, J. at Trial Term, and that the respondent recover of the appellants $60 costs and disbursements of this appeal. Concur—Murphy, J. P., Lupiano, Birns, Capozzoli and Lane, JJ.

■ In the Matter of ROBB COHEN, Individually and on Behalf of Other Rent Controlled Tenants of the Forest Hills South Complex, Appellant, v DANIEL W. JOY, as Commissioner of the Office of Rent Control of the City of New York, et al., Respondents. PARKVIEW HOLDING CORP. et al., Intervenors-Respondents.—Judgment, Supreme Court, New York County, entered on March 26, 1976, unanimously affirmed for the reasons stated by Fein, J., at Special Term, without costs and without disbursements. Concur—Murphy, J. P., Lupiano, Birns, Capozzoli and Lane, JJ.

■ MATTIE HALL, as Administratrix of the Estate of CHARLIE HALL, Deceased, Respondent, v FRANK GEBBIA, Appellant, et al., Defendant. JOHN J. GALLIONE, Guardian Ad Litem for WILENE HALL, an Infant, Respondent. —Judgment, Supreme Court, Bronx County, entered on February 9, 1976, unanimously affirmed for the reasons stated by H. Evans, J., at Trial Term. Respondents shall recover of appellant one bill of $60 costs and disbursements of this appeal. Concur—Murphy, J. P., Lupiano, Birns, Capozzoli and Lane, JJ.